IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHEA ALEXANDER CARTER-STRONG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2265

Opinion filed February 20, 2015.

An appeal from an order of the Circuit Court for Duval County.
Virginia Norton, Judge.

Shea Alexander Carter-Strong, pro se, Appellant; Nancy A. Daniels, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

LEWIS, C.J., BENTON and THOMAS, JJ., CONCUR.